

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No.___'22 MJ00411___ |
| | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section |
| Alex RUIZ, | ) | 1324(a)(1)(A)(v)(II)- |
| | ) | Encouraging or Inducing Illegal |
| Defendant. | ) | Alien(s) to Enter the United States |
| | ) | |

The undersigned complainant, being duly sworn states:

On or about February 3, 2022, within the Southern District of California, Alex RUIZ (Defendant), did encourage or induce two minor aliens, namely P.R.L. and X.E.F.C., with the intent to violate the immigration laws of the United States, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(II).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Adriana Rosas-Carranza, Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 4th of February 2022.

_____
HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that P.R.L. and X.E.F.C. are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On February 3, 2022, at approximately 10:40 P.M., Alex RUIZ (Defendant), a United States citizen, applied for admission into the United States from Mexico through the Otay Mesa, California Port of Entry, as the driver of a gold Acura RSX bearing California license plates. Defendant presented his California Driver's license and California birth certificate to a United States Customs and Border Protection (CBP) Officer. Defendant also presented two California birth certificates on behalf of two minor females accompanying him. Defendant gave a negative declaration, said he had gone to Mexico to pick up his daughter, S.R., and stepdaughter, K.G and was going to Chula Vista, California. The CBP Officer noticed a discrepancy between the crossing history and Defendant's story, suspected that the two female minors were not the rightful owners of the California birth certificates and referred the vehicle and occupants to secondary inspection

In secondary inspection, the minors' true names and nationality were ascertained. The minor females revealed their true name as P.R.L. and X.E.F.C., both citizens of Mexico with no entitlements to enter, reside or pass through the United States, and are now being held as Material Witnesses.

On February 4, 2022, at approximately 2:15 a.m., Defendant was advised of his Miranda Rights and elected to make a statement. Defendant admitted he agreed to smuggle both minors from Mexico into the United States. Defendant stated he would receive a payment of $2,000 U.S. dollars upon successful entry and delivery of the minors to the trolley station on H Street, in Chula Vista, California.

During a video recorded interview, the Material Witnesses admitted they are citizens of Mexico without documents to enter the United States. The Material Witnesses stated their families made their smuggling arrangements. The Material Witnesses stated they were to pay from an unknown amount to an $18,000 USD smuggling fee upon successful entry into the United States. The Material Witnesses stated they were traveling to San Maria, California and an unknown city in California to reunite with their parents.